*E-Filed 6/9/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH ALLEN LEWIS, SR., | No. C 14-2304 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

This action was opened in error, and is hereby DISMISSED with prejudice. No filing fee is due. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: June 9, 2014

RICHARD SEEBORG
United States District Judge